IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BIG RED, INC. and § | | |
| NORTH AMERICAN BEVERAGES, § | | |
| LLC, § | | |
| § | | |
| Plaintiffs, § | | |
| § | CIVIL ACTION NO. 3:15-CV-01423-D | |
| v. § | | |
| § | JURY DEMANDED | |
| CATAWISSA BOTTLING COMPANY, § | | |
| INC., § | | |
| § | | |
| Defendant. § | | |

**PLAINTIFFS' STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiffs, Big Red, Inc. and North American Beverages, LLC, by and through their counsel, hereby file their Stipulation of Dismissal with Prejudice and state as follows:

1. The parties in this action have entered into a settlement agreement which resolves all matters and things in controversy in this action between the parties.

2. Pursuant to the settlement agreement of the parties, Plaintiffs request that the Court dismiss this case with prejudice to the rights of Plaintiffs to refile same, and that each party bear its own expenses, costs and attorneys' fees associated with this litigation.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court issue an Order of dismissal with prejudice in conformity with the foregoing.

Dated: June 9, 2015

Respectfully submitted,

**BAKER HOSTETLER LLP**

By: <u>/s/ *Edward L. Friedman*</u>
    **Edward L. Friedman**, *Lead Counsel*
    Texas Bar No. 07462950
    Federal Bar No. 72833
    Phone: (713) 646-1389
    Fax: (713) 751-1717
    Email: efriedman@bakerlaw.com
    **Carlos D. Mejias**, *Counsel*
    Texas Bar No. 24094841
    Phone: (713) 646-1338
    Email: cmejias@bakerlaw.com
    811 Main Street, Suite 1100
    Houston, TX 77002

**ATTORNEYS FOR PLAINTIFFS BIG RED, INC., AND NORTH AMERICAN BEVERAGES, LLC.**